IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* OMNI HEALTHCARE, INC., Plaintiffs, v. TENET HEALTHCARE CORP., *et al.*; Defendants. | Civil Action No. 3:22-CV-00401-E |

**ORDER**

Before the Court is the United States of America's Notice of Intervention for the Purpose of Dismissal and Motion to Dismiss. (ECF No. 39). Having considered the Notice and Motion, having provided Relator an opportunity to be heard under 31 U.S.C. § 3730(c)(2)(A) through written submissions (if any), and pursuant to the False Claims Act, including 31 U.S.C. §§ 3730(b) and (c)(2)(A), and the applicable case law, the Court orders as follows:

IT IS HEREBY ORDERED that the Relator's Complaint is DISMISSED without prejudice as to the United States but with prejudice as to the Relator.

IT IS FURTHER ORDERED that the seal in this False Claims Act case is hereby lifted only as to: (1) the Complaint, (2) the United States' Notice of Intervention For The Purpose of Dismissal and Motion To Dismiss Relator's Complaint, (3) this Order, and (4) any filings in this action from this date forward unless otherwise ordered by the Court. Any document not specifically identified in this enumerated list is to remain under seal unless otherwise ordered by the Court.

(*Order continues on next page*).

It is further **ORDERED** that the parties each shall pay their own respective attorneys' fees and costs.

**SO ORDERED this 25th day of November, 2025.**

ADA BROWN
UNITED STATES DISTRICT JUDGE